## MALINOW AND SILVERMAN MORTUARY, INC. *v.*
## AARON HOCHMAN
## (AC 20734)

Lavery, C. J., and Schaller and Cretella, Js.

Argued February 13—officially released March 20, 2001

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* DONNIE MENYFIELD
## (AC 20214)

Foti, Flynn and Dupont, Js.

Argued February 15—officially released March 20, 2001

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* BRUCE TABER
## (AC 19193)

Schaller, Spear and Daly, Js.

Argued February 16—officially released March 20, 2001

Per Curiam. The judgment is affirmed.